# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Desiray Sofia Ortiz**; DOB: 1988; United States<br>**Joe David Martinez Jr**; DOB: 1984; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**25-12296MJ** |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 16, 2025, in the District of Arizona, **Desiray Sofia Ortiz** and **Joe David Martinez Jr**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Eduardo Olivares-Panzo, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 16, 2025, in the District of Arizona (Menegers), at approximately 6:45 a.m., Border Patrol agents (BPAs) patrolling near the town of Menegers on the Tohono O'odham Nation responded to a call from the Integrated Fixed Tower camera (IFT) operator. The IFT operator reported that they observed three individuals exiting a two-door Chevrolet Silverado in Mexico near the U.S border. The subjects began walking northbound eventually crossing the international border into the United States. The IFT operator also observed a white BMW sedan with California license plates traveling southbound on Federal Route 1 (FR-1) near Mile Marker 2 (MM-2). FR-1 runs north and south through the Tohono O'odham Nation, connecting to State Route 86 (SR-86) in the north and ending in Menegers to the south. The IFT operator later reported that one of the three subjects had turned back south toward Mexico, while the other two continued north. The IFT operator also advised that the white BMW was now traveling slowly in the direction of the two subjects. Moments later, the IFT operator confirmed that the two individuals had entered the BMW, which then began driving northbound on FR-1 at a slow speed. Around Mile Marker 7 (MM-7), BPAs observed the white BMW traveling slowly northbound. BPAs passed the BMW, turned around, and attempted to get behind it. As soon as they turned around, the BMW accelerated rapidly. Near MM-10, BPAs saw the BMW stop about 50 yards ahead of them and a man wearing a red shirt exited the car, running west. Some BPAs pursued the fleeing subject on foot while the BPA driving continued to follow the BMW and attempted a vehicle stop. The BMW failed to yield. BPAs continued to pursue the BMW northbound and reached speeds over 100 mph trying to keep up with it. Because of the sharp curves and nearby villages, BPAs reduced their speed and eventually lost sight of the BMW. BPAs radioed the BMW's location and agents north of it used a vehicle immobilization device to puncture its tires. The BMW continued toward the intersection of FR-1 and SR-86. A BPA set up at the intersection to stop traffic, observed the driver was weaving around other vehicles as it came toward the stop sign at the intersection. When the driver saw the BPA's emergency lights, she entered the intersection and immediately turned the BMW around, crashing into some brush on the side of SR-86. BPAs detained both the driver, **Desiray Sofia Ortiz**, and front seat passenger, **Joe David Martinez Jr**. Agents then saw a juvenile female, approximately 5 years old, in the back seat, unsecured. **Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Eduardo Olivares-Panzo

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br>*/s/*<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Jeremy Sykes |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>October 17, 2025 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

BPAs pursuing the individual who initially ran from the BMW were able to apprehend him. When taken into custody, he stated that he was traveling with his young daughter who was still in the BMW. An immigration inspection revealed the individual, identified as Eduardo Olivares-Panzo and the juvenile were citizens of Mexico illegally present in the United States. Record checks showed Eduardo Olivares-Panzo does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material Witness Eduardo Olivares-Panzo stated he is a Mexican citizen, and he arranged for him and his daughter to be smuggled into the United States for $10,000 with 17,000 Mexican pesos paid upfront. Olivares stated they were driven in a black truck to the international border and told that after they crossed a white BMW would pick them up. After a short walk, a white BMW arrived and the male front seat passenger told him, in Spanish, to get in. The man also asked him if he wanted water. The driver initially drove slowly until a Border Patrol vehicle passed them and turned around. At that time, Olivares saw the driver and front seat passenger communicate in English about the Border Patrol vehicle turning around and then the BMW sped up and drove off. Olivares stated the male passenger then told him to get ready to get out and run. Olivares said he unbuckled his daughter to bring her with him, but he was told to leave her and, in his panic, and fear he left her. Olivares identified **Desiray Sofia Ortiz** as the driver in a six-pack of photographs and also identified **Joe David Martinez Jr**. as the front seat passenger in another six-pack of photographs.

**Desiray Sofia Ortiz** stated she consumed methamphetamine the night before her arrest. She was initially determined to be alert. After waiving her *Miranda* rights, she stated she was just giving her friend David a ride and that she didn't know anything else. She further admitted to using fentanyl and it appeared she was likely still under the influence.

**Joe David Martinez Jr** was not interviewed within six hours of his arrest because he admitted to using cocaine prior to his arrest and medical personnel recommended waiting eight hours to talk with him. At approximately 3:38 p.m., after waving his *Miranda* rights, **Martinez** stated he works as a full-time smuggler and is an active member of a cartel. He stated he was recently released after serving 13 months in prison for his last alien smuggling events. **Martinez** admitted he traveled down to the same location on the border last week in his personally owned vehicle and picked up a few illegal aliens, but stated he got a flat tire on his way back to Phoenix and had to let the aliens out of his car so a different smuggler could pick them up. **Martinez** stated that for the current event, his friend, **Desiray Sofia Ortiz**, agreed to drive him in exchange for drugs. **Martinez** stated **Ortiz** was high for the duration of the event and she did not know exactly what they were doing. **Martinez** stated they picked up one Mexican male and his daughter and they were going to drop them off in Phoenix. He stated he knew that the people he picked up were illegal aliens and that he knew transporting illegal aliens was a crime. He claimed he was going to receive $8,000 today for bringing the illegal aliens to Phoenix.